Form DEF7 (09/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>    **616 Lofts, LLC**<br>    820 Monroe Avenue<br>    Grand Rapids, MI 49503<br>    Tax ID: 45-0894567<br><br>**Debtor** | **Case Number 18-05362-jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# NOTICE OF FILING(S) DUE

A petition was filed in the above-referenced case on 12/31/18 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future.

    Schedule D due 01/14/2019
    Schedule E/F due 01/14/2019
    Schedule A/B due 01/14/2019
    Schedule G due 01/14/2019
    Attorney Disclosure Statement due 01/14/2019
    Schedule H due 01/14/2019
    Summary of Assets and Liabilities due 01/14/2019
    Statement of Financial Affairs due 01/14/2019

Local Rule 5005-2(f) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties. Please note that all documents must be signed or accompanied by sworn declaration.

Daniel M. LaVille
Clerk of Court

**Dated:** January 2, 2019