08/12

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

        **616 Lofts, LLC**

        Debtor.

Case No. **18-05362**

Chapter 7

/

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| | | | | |
| Limited supply of office fixtures, marketing materials | YES | Auto-Owners Ins. Co.<br>Berends Hendricks Stuit<br>3055 44th St SW<br>Grandville, MI  49418 | 01/31/2019 | NO |

~~If the debtor is self-employed~~, does the debtor have general liability insurance for business activities?
Yes ☑  No ☐ Commercial General Liability, Non-Owned Autos, Umbrella & Workers Comp

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: 12/31/2018

/s/ James Cook

                                                      **James Cook**
                                      as Co-Manager of Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors