UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

616 LOFTS, LLC,
820 Monroe Avenue
Grand Rapids, MI  49503
EIN#45-0894567

Case No. 18-05362-jwb
Chapter 7 filed 12/31/18
Honorable James W. Boyd

Debtor.
_____/

## NOTICE OF RESCHEDULED FIRST MEETING OF CREDITORS

Please be advised that the First Meeting of Creditors in the above referenced case has been rescheduled from January 30, 2019 at 2:00 p.m. to **February 12, 2019 at 3:00 p.m.** at the Office of the United States Trustee, Ledyard Building, Second Floor, 125 Ottawa Avenue, NW, Suite 202R, Grand Rapids, MI  49503.

Respectfully submitted,

WARDROP & WARDROP, P.C.
Attorneys for Debtor

Dated:  January 16, 2019

By:____/s/ Denise D. Twinney_____
Robert F. Wardrop II (P31639)
Denise D. Twinney (P40735)
Business Address:
   300 Ottawa Ave, NW, Ste. 150
   Grand Rapids, MI  49503
   (616) 459-1225

100601.011619.ReNoticeAdj341

**AMENDED**

Official Form 309C (For Corporations or Partnerships) (12/15)

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | 616 Lofts, LLC <br> Name | EIN | 45-0894567 |
| United States Bankruptcy Court  Western District of Michigan <br> Case number: 18-05362-jwb | | Date case filed for chapter 7  12/31/18 | |

## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. Debtor's full name | 616 Lofts, LLC | | |
| 2. All other names used in the last 8 years | | | |
| 3. Address | 820 Monroe Avenue <br> Grand Rapids, MI 49503 | | |
| 4. Debtor's attorney <br> Name and address | Robert F. Wardrop II <br> Wardrop & Wardrop, P.C. <br> 300 Ottawa Avenue, N.W., Ste 150 <br> Grand Rapids, MI 49503 | Contact phone (616) 459-1225 <br><br> Email: bkfilings@wardroplaw.com | |
| 5. Bankruptcy trustee <br> Name and address | Jeff A. Moyer <br> PO Box 337 <br> Grandville, MI 49468-0337 | Contact phone 616-532-4002 | |
| 6. Bankruptcy clerk's office <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | DANIEL M. LAVILLE, Clerk of the Bankruptcy Court <br> One Division Ave., N. <br> Room 200 <br> Grand Rapids, MI 49503 | Hours open: <br> M-F, 8 AM - 4 PM <br><br> Contact phone (616)456-2693 <br><br> Date: 1/2/19 | |
| 7. Meeting of creditors <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. Please note that possession of cell phones is prohibited at first meetings. | ~~January 30, 2019 at 02:00 PM~~ 2/12/19 @ 3:00pm <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> Ledyard Building, Second Floor, 125 Ottawa NW, Suite 202R, Grand Rapids, MI 49503 | |
| 8. Proof of claim <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | | |
| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| 10. Abandonments | Trustees may abandon property in no asset estates without notice to creditors or other interested parties. Anyone wishing to receive notice of such abandonment must file a request with the Court. | | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**  page 1