UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

*In re:*

| | |
|---|---|
| 616 LOFTS, LLC,<br>820 Monroe Avenue<br>Grand Rapids, MI  49503<br>EIN#45-0894567 | Case No. 18-05362-jwb<br>Chapter 7 filed 12/31/18<br>Honorable James W. Boyd |

Debtor.
_____/

## CERTIFICATE OF SERVICE

Gwendolyn G. Hancock, hereby certifies that on the 16th day of January, 2019, she did serve a true and correct copy of the **Notice of Rescheduled First Meeting of Creditors (February 12, 2019 at 3:00 p.m.),** via first-class mail, with postage thereon being fully prepaid, upon the parties listed on the attached Court Matrix.

                                                                      /s/ Gwendolyn G. Hancock
                                                                     Gwendolyn G. Hancock

100601.011619.RENoticeAdj341POS

```
Label Matrix for local noticing      616 HOLDINGS, LLC                    616 Lofts, LLC
0646-1                               4380 BROCKTON DR SE                  820 Monroe Avenue
Case 18-05362-jwb                    #1                                   Grand Rapids, MI 49503-1440
Western District of Michigan         Grand Rapids MI 49512-4108
Grand Rapids
Wed Jan 16 11:13:10 EST 2019

Clerk of the Court                   David & Wierenga PC                  Donald R Visser
Kent County Circuit Court            99 Monroe Avenue NW                  2840  44th St., SE
180 Ottawa Avenue NW                 Suite 1210                           #150
Suite 2400                           ATTN Jeshua T. Lauka                 Grand Rapids MI 49512
Grand Rapids MI 49503-2703           Grand Rapids MI 49503-2670

EPS                                  FITB, LLC                            First Companies
c/o Robert P. Cooper, Esq.           4380 BROCKTON DRIVE SE               Matt Sink COO
333 Bridge Street, NW                SUITE 1                              829 Monroe
Suite 1120                           Grand Rapids MI 49512-4108           Grand Rapids MI 49503
Grand Rapids, MI 49504-5356

Internal Revenue Service             (p)INTERNAL REVENUE SERVICE          Internal Revenue Service
Centralized Insolvency Unit          CENTRALIZED INSOLVENCY OPERATIONS    Insolvency Unit
PO Box 7346                          PO BOX 7346                          PO Box 7346
Philadelphia, PA 19101-7346          PHILADELPHIA PA 19101-7346           Philadelphia PA 19101-7346

James Cook                           Jeffrey L. Baker Trust               MI DEPT OF TREASURY
6145 Sagamore Lane                   Jeffrey L Baker Trustee              COLLECTION DIVISION/BANKRUPTCY
Kalamazoo MI 49004-8603              4380 Brockton Dr SE                  PO BOX 30168
                                     Ste 1                                LANSING, MI 48909-7668
                                     Grand Rapids MI 49512-4108

Michigan Dept of Treasury            Michigan Dept. of Treasury           (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE
Bankruptcy - Claims Unit             Tax Collection Enforcement           ATTN BANKRUPTCY UNIT
PO Box 30168                         Bankruptcy Section                   3024 W GRAND BLVD
Lansing MI 48909-7668                Treasury Building                    SUITE 12-100
                                     Lansing, MI 48922-0001               DETROIT MI 48202-6024

Jeff A. Moyer                        Norman H. Leslie                     Office of the U.S. Trustee
PO Box 337                           1635 43rd St., S                     The Ledyard Bldg  2nd Floor
Grandville, MI 49468-0337            Suite 305                            125 Ottawa Ave., NW, Ste 200R
                                     Fargo ND 58103-3579                  Grand Rapids MI 49503-2865

Rhoades McKee                        SECURITIES & EXCHANGE COMM           Denise D. Twinney
James L Schipper                     BANKRUPTCY SECTION                   Wardrop & Wardrop, P.C.
55 Campau Avenue NW                  175 W. JACKSON BLVD.                 300 Ottawa Avenue, NW
Suite 300                            SUITE 900                            Suite 150
Grand Rapids MI 49503-2642           CHICAGO, IL 60604-2815               Grand Rapids, MI 49503-2308

UNITED STATES TRUSTEE                US Attorney's Office                 Violet Hough
THE LEDYARD BUILDING, 2ND FLOOR      Western District of Michigan         c/o David Hough
125 OTTAWA NW, SUITE 200R            Bankruptcy Section                   2250 Crosscreek Dr
GRAND RAPIDS, MI 49503-2837          PO Box 208                           Tuscaloosa AL 35404-6819
                                     Grand Rapids MI 49501-0208


Robert F. Wardrop II
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, N.W., Ste 150
Grand Rapids, MI 49503-2308
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
3251 N. Evergreen Drive, NE
Insolvency Group 4, Stop 93
Grand Rapids MI 49525

Michigan Unemployment Insurance Agency
3024 West Grand Blvd.
Tax Office, Suite 12-300
Detroit, MI 48202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)United States Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2837

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28